IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JUBILEE LIMITED PARTNERSHIP   :

v.   :   CIVIL NO. L-00-1774

BURNHAM PACIFIC PROPERTIES, INC.   :

## ORDER

On June 15, 2000, this Court held a telephone conference on the record. For the reasons stated in the conference, the Court hereby ORDERS that:

(i) on June 26, 2000 at 2:00 p.m., this Court will hold a hearing to discuss scheduling and Plaintiffs' Motion for Expedited Discovery. The parties shall notify the Court by June 22, 2000 if they wish the hearing to be in court or by telephone;

(ii) on or before June 21, 2000, the defendants shall file a response to Plaintiffs' Motion for Expedited Discovery;

(iii) prior to the June 26 hearing, the parties may conduct the following discovery:

    (a) the parties shall engage in reasonable document production;

    (b) Plaintiffs may take a Rule 30(b)(6) deposition. The deposition shall be limited to three hours in length and shall concern the postponement of the annual meeting and the creation of poison pills and golden parachutes;

    (c) Defendants may take one deposition limited to

three hours in length; and

(d)  either side has leave to file any documents under seal; and

(iv) if the defendants intend to enter into a break-up fee agreement or to sell a material asset prior to the June 26 hearing, they shall inform the plaintiffs within a reasonable time to permit the plaintiffs to file a motion for a temporary restraining order.

IT IS SO ORDERED this 19th day of June, 2000.

_____
Herbert N. Maletz, SJ for
Benson Everett Legg, USDJ