IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 JUL -6  A 11: 13

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

| | |
|---|---|
| JUBILEE LIMITED PARTNERSHIP : | |
| v. : | CIVIL NO. |
| BURNHAM PACIFIC PROPERTIES, INC. : | |

ORDER

On June 26 and 28, 2000, this Court held hearings on the record. For the reasons stated in the hearings, the Court hereby ORDERS that:

(i) Plaintiffs' Motion for Expedited Discovery is GRANTED as to discovery of the Executive Compensation Plan, but DENIED as to all other issues;

(ii) the Plaintiffs are permitted to take the following depositions, limited to two hours each, on the subject of the Defendant's Executive Compensation Plan:

    (a) one of the Defendant's compensation consultants; and

    (b) one of the Defendant's outside directors;

(iii) the Plaintiffs are permitted to take the deposition of Burnham Pacific, limited to two hours, on the subject of Defendant's asset sales;

(iv) the Plaintiffs are permitted to take the deposition of Mr. Byrne on the subjects of Defendant's Executive Compensation Plan and asset sales. This deposition shall be limited to three hours;

(v) if, at the conclusion of the above depositions, the

Plaintiffs still wish to take the deposition of Goldman Sachs, they shall so request in a letter to the Court;

(vi) unless an agreement provides otherwise, the parties shall take the depositions where the deponents are located; and

(vii) the Plaintiffs may delay filing a motion for preliminary injunction until the conclusion of discovery. The Court will not hold such a delay against the Plaintiffs.

IT IS SO ORDERED this 5th day of July, 2000.

_____
Benson Everett Legg
United States District Judge