NOTE: EFFECTIVE 7/1/95 - $50.00 FILING FEE REQUIRED FOR MOTION FOR ADMISSION PRO HAC VICE, PAYABLE TO CLERK, U. S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JUBILEE LIMITED PARTNERSHIP, et. al.

Plaintiff(s)

v.                                              CIVIL ACTION NO. L-00-1774

BURNHAM PACIFIC PROPERTIES, INC., et al.

Defendant(s)

## MOTION FOR ADMISSION PRO HAC VICE

PURSUANT TO LOCAL RULE 101.1(b) OF THIS COURT, __James D. Mathias__, ESQUIRE, A MEMBER OF THE BAR OF THIS COURT, MOVES THE ADMISSION OF __Timothy E. Hoeffner__, ESQUIRE, TO APPEAR PRO HAC VICE IN THE CAPTIONED PROCEEDING AS COUNSEL FOR __Plaintiffs__. MOVANT AND THE PROPOSED ADMITTEE RESPECTFULLY CERTIFY AS FOLLOWS:

1) THE PROPOSED ADMITTEE IS A MEMBER IN GOOD STANDING OF THE BAR(S) OF THE STATE(S) OF __New York__

AND/OR THE FOLLOWING UNITED STATES COURT(S): __Southern and Eastern Districts of New York__

2) DURING THE TWELVE (12) MONTHS IMMEDIATELY PRECEDING THE FILING OF THIS MOTION, THE PROPOSED ADMITTEE HAS BEEN ADMITTED PRO HAC VICE IN THIS COURT __0__ TIME(S).

3) THE PROPOSED ADMITTEE HAS NEVER BEEN DISBARRED, SUSPENDED, OR DENIED ADMISSION TO PRACTICE, OR HAS SET FORTH ALL RELEVANT FACTS, INCLUDING DISPOSITION, AS FOLLOWS: __N/A__

REVISED 6/26/95

4) THE PROPOSED ADMITTEE IS FAMILIAR WITH THE FEDERAL RULES OF CIVIL PROCEDURE, THE RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND, THE FEDERAL RULES OF EVIDENCE, AND THE RULES OF PROFESSIONAL CONDUCT, AND UNDERSTANDS THAT HE/SHE SHALL BE SUBJECT TO THE DISCIPLINARY JURISDICTION OF THIS COURT.

5) CO-COUNSEL FOR THE PROPOSED ADMITTEE IN THIS PROCEEDING WILL BE THE UNDERSIGNED

___James D. Mathias___ ESQUIRE, WHO HAS BEEN FORMALLY ADMITTED TO THE BAR OF THIS COURT.

6) IT IS UNDERSTOOD THAT ADMISSION PRO HAC VICE DOES NOT CONSTITUTE FORMAL ADMISSION TO THE BAR OF THIS COURT.

RESPECTFULLY SUBMITTED,

MOVANT: _[signature]_
SIGNATURE
Piper Marbury Rudnick &Wolfe L.L.P.
6225 Smith Avenue
ADDRESS
Baltimore, Maryland 21209-3600
410-580-4208
OFFICE PHONE NUMBER
#06311
MD. U. S. DISTRICT COURT NUMBER

PROPOSED ADMITTEE: _[signature] Timothy S. Hoeffner_
SIGNATURE
Weil, Gotshal & Manges L.L.P.
767 Fifth Avenue
ADDRESS
New York, New York 10153
212-310-8000
OFFICE PHONE NUMBER

ORDER

MOTION ___✓___ GRANTED subject to payment of $50.00 filing fee to Clerk of Court

_____ DENIED

DATE: __7/5/00__

_[signature]_
UNITED STATES DISTRICT JUDGE