ENTERED
LODGED        RECEIVED

JUL - 6 2000

NOTE:  EFFECTIVE 7/1/95 - $50.00 FILING FEE REQUIRED FOR MOTION FOR ADMISSION PRO HAC VICE
PAYABLE TO CLERK, U. S. DISTRICT COURT

U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

FILED _____ ENTERED
LODGED _____ RECEIVED

JUN 2 8 2000

CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | | |
|---|---|---|
| JUBILEE LIMITED PARTNERSHIP, et al. | * | |
| | * | |
| **Plaintiff(s)** | * | |
| | * | |
| **v.** | * | CIVIL ACTION NO. ___L-00-1774___ |
| | * | |
| | * | |
| BURNHAM PACIFIC PROPERTIES, INC., et al. | * | |
| | * | ____ FEE PAID |
| **Defendant(s)** | * | |

FEE NOT PAID

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR ADMISSION PRO HAC VICE

PURSUANT TO LOCAL RULE 101.1(b) OF THIS COURT, _____James D. Mathias_____, ESQUIRE,

A MEMBER OF THE BAR OF THIS COURT, MOVES THE ADMISSION OF _____Irwin H. Warren_____, ESQUIRE,

TO APPEAR PRO HAC VICE IN THE CAPTIONED PROCEEDING AS COUNSEL FOR ___plaintiffs___.  MOVANT AND THE PROPOSED ADMITTEE

RESPECTFULLY CERTIFY AS FOLLOWS:

1)  THE PROPOSED ADMITTEE IS A MEMBER IN GOOD STANDING OF THE BAR(S) OF THE STATE(S) OF __New York__

AND/OR THE FOLLOWING UNITED STATES COURT(S): _Southern & Eastern Districts of New York, and the_

_Second Circuit Court of Appeals (and other Courts of Appeals)_

2)  DURING THE TWELVE (12) MONTHS IMMEDIATELY PRECEDING THE FILING OF THIS MOTION, THE PROPOSED ADMITTEE HAS BEEN ADMITTED

PRO HAC VICE IN THIS COURT __0__ TIME(S).

3)  THE PROPOSED ADMITTEE HAS NEVER BEEN DISBARRED, SUSPENDED, OR DENIED ADMISSION TO PRACTICE, OR HAS SET FORTH ALL

RELEVANT FACTS, INCLUDING DISPOSITION, AS FOLLOWS: __N/A__

REVISED 6/26/95

4) THE PROPOSED ADMITTEE IS FAMILIAR WITH THE FEDERAL RULES OF CIVIL PROCEDURE, THE RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND, THE FEDERAL RULES OF EVIDENCE, AND THE RULES OF PROFESSIONAL CONDUCT, AND UNDERSTANDS THAT HE/SHE SHALL BE SUBJECT TO THE DISCIPLINARY JURISDICTION OF THIS COURT.

5) CO-COUNSEL FOR THE PROPOSED ADMITTEE IN THIS PROCEEDING WILL BE THE UNDERSIGNED

_____James D. Mathias_____ ESQUIRE, WHO HAS BEEN FORMALLY ADMITTED TO THE BAR OF THIS COURT.

6) IT IS UNDERSTOOD THAT ADMISSION PRO HAC VICE DOES NOT CONSTITUTE FORMAL ADMISSION TO THE BAR OF THIS COURT.

RESPECTFULLY SUBMITTED,

MOVANT:

_____
SIGNATURE
PiperMarbury Rudnick & Wolfe L.L.P.
6225 Smith Avenue
_____
ADDRESS

Baltimore, Maryland 21209-3600
_____

410-580-4208
_____
OFFICE PHONE NUMBER

#06311
_____
MD. U. S. DISTRICT COURT NUMBER

PROPOSED ADMITTEE:

_____
SIGNATURE
Weil, Gotshal & Manges L.L.P.
767 Fifth Avenue
_____
ADDRESS

New York, New York 10153
_____

212-310-8000
_____
OFFICE PHONE NUMBER

O R D E R

MOTION ____✓____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court

_____ DENIED

DATE: ___7/6/00_____

___B. Legg_____
UNITED STATES DISTRICT JUDGE