IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

```
-------------------------------------------------------x
JUBILEE LIMITED PARTNERSHIP, et al.        :
                                            :   Civil Action No. L-00-1774
        Plaintiffs                          :
                                            :
    v.                                      :
                                            :
BURNHAM PACIFIC PROPERTIES, INC., et al.   :
                                            :
        Defendants                          :
-------------------------------------------------------x
```

## STIPULATION

The parties, by their undersigned counsel, hereby stipulate and agree that plaintiffs' time to file a memorandum in opposition to defendants' Motion to Dismiss shall be extended to, and including, August 30, 2000. The parties further stipulate and agree that plaintiffs will file their memorandum in opposition to defendants' Motion to Dismiss simultaneously with, or prior to, filing any motion for a preliminary injunction or temporary restraining order in this case.

APPROVED THIS 15th DAY OF August 2000

_____
BENSON EVERETT LEGG, U.S.D.J.
by Herbert N. Maletz, Senior Judge

_David Clarke, Jr. /JHW_
David Clarke, Jr. (# 02177)
James D. Mathias (#06311)
Piper Marbury Rudnick & Wolfe LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-4208

Attorneys for Plaintiffs

Of Counsel:

_Timothy E. Hoeffner /JHW_
Irwin H. Warren (IW-1168)
Greg A. Danilow (GD-1621)
Timothy E. Hoeffner (TH-4195)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

_Arthur F. Fergenson /JHW_
Arthur F. Fergenson
BALLARD SPAHR ANDREWS &
INGERSOLL, LLP
300 East Lombard Street, 19th Floor
Baltimore, Maryland 21202-3268
(410) 528-5856

_R. Todd Cronan /JHW_
R. Todd Cronan, P.C. (# 542466)
GOODWIN, PROCTER & HOAR LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Attorneys for Defendants

Dated: August 14, 2000

APPROVED: _____
            United States District Judge