( )  FEE PAID

_____ FEE NOT PAID
(.... D LETTER)

## IN TH  JNITED STATES DISTRICT COUR
## FOR THE DISTRICT OF MARYLAND

JUBILEE LIMITED PARTNERSHIP, et al.

                    **Plaintiff(s)**

                    vs.

BURNHAM PACIFIC PROPERTIES, INC., et al.

                    **Defendant(s)**

Civil Action No. L-00-1774

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, ___Arthur F. Fergenson___ Esquire

a member of the Bar of this court, moves the admission of ___Mark E. Tully___ Esquire to

appear pro hac vice in the captioned proceeding as counsel for ___Burnham Pacific Properties, Inc.___

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of ___Massachusetts___

and/or the following United States Court(s): ___U.S. District Court for the District of Massachusetts___

___and U.S. Court of Appeals for the First Circuit___

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has

been admitted pro hac vice in this court ___0___ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set

forth all relevant facts, including disposition, as follows: ___N/A___

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO
CLERK, U.S. DISTRICT COURT

Revised 6/98



- 2 -

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or _____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

MOVANT:

_Signature_    Arthur F. Fergenson

Ballard Spahr Andrews & Ingersoll, LLP
Address
300 E. Lombard St., Suite 1900
Baltimore, Maryland 21202-3268

410.528.5600
Office phone number

410.528.5650
Fax number

00304
Md. U. S. District Court Number

PROPOSED ADMITTEE:

**Signature**    Mark E. Tully

Goodwin, Proctor & Hoar LLP
Address
Exchange Place
Boston, Massachusetts 02109-2881

617.570.1000
Office phone number

_____
Fax number

## ORDER

Motion _____ GRANTED

Motion __X__ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

8/14/00
Dated

_____
Judge, U. S. District Court