IN TT UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

☐ FEE PAID
☐ FEE NOT PAID

| | |
|---|---|
| JUBILEE LIMITED PARTNERSHIP, et al. | |
| Plaintiff(s) | Civil Action No. L-00-1774 |
| vs. | |
| BURNHAM PACIFIC PROPERTIES, INC., et al. | |
| Defendant(s) | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __Arthur F. Fergenson__ Esquire a member of the Bar of this court, moves the admission of __Cheryl L. Rainville__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __Burnham Pacific Properties, Inc.__

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __Massachusetts__

and/or the following United States Court(s): _____

FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND
2000 AUG 17 P 12: 10
CLERK'S OFFICE AT BALTIMORE
BY _____ DEPUTY

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: __N/A__

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO
CLERK U.S. DISTRICT COURT

Revised 6/98

-2-

4) The proposed admitee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admitee in this proceedings will be the undersigned or _____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

MOVANT:  
_/s/ Arthur F. Ferguson_  
Signature   Arthur F. Ferguson

Ballard Spahr Andrews & Ingersoll, LLP  
Address  
300 E. Lombard St., Suite 1900  
Baltimore, Maryland 21202-3268

410.528.5600  
Office phone number

410.528.5650  
Fax number

00304  
Md. U.S. District Court Number

PROPOSED ADMITTEE:  
_/s/ Cheryl Rainville_  
Signature   Cheryl Rainville

Goodwin, Proctor & Hoar LLP  
Address  
Exchange Place  
Boston, Massachusetts 02109-2881

617.570.1000  
Office phone number

_____  
Fax number

## ORDER

Motion _____ GRANTED

Motion ___X___ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

8/14/00  
Dated

_/s/ Hertz T. Whaley_  
Judge, U.S. District Court