IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AUG 2 9 2000

-----------------------------------------------------------------------X

JUBILEE LIMITED PARTNERSHIP, et al.,     :

        Plaintiffs,     :     CIVIL ACTION NO.: L-00-1774

    v.     :

BURNHAM PACIFIC PROPERTIES, INC., et al.,:

        Defendants.     :

-----------------------------------------------------------------------X

## STIPULATION

The parties, by their undersigned counsel, hereby stipulate and agree that plaintiffs' time to file a memorandum in opposition to defendants' Motion to Dismiss shall be extended to, and including, September 8, 2000. The parties further stipulate and agree that plaintiffs will file their memorandum in opposition to defendants' Motion to Dismiss simultaneously with, or prior to, filing any motion for a preliminary injunction or temporary restraining order in this case.

NY1-A0680890ukix7011-DOC72825.000K

_James D. Mathias / JHW_

David Clarke, Jr. (#02177)
James D. Mathias (#06311)
PIPER MARBURY RUDNICK
 & WOLFE LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-4208

Attorneys for Plaintiffs

_Arthur F. Fergenson / JHW_

Arthur F. Fergenson
BALLARD SPAHR ANDREWS &
 INGERSOLL, LLP
300 East Lombard Street, 19th Floor
Baltimore, Maryland 21202-3268
(410) 528-5856

_R. Todd Cronan / JHW_

R. Todd Cronan, P.C. (#542466)
GOODWIN, PROCTER & HOAR LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Attorneys for Defendants

Of Counsel:

_Greg A. Danilow / JHW_

Irwin H. Warren (IW-1168)
Greg A. Danilow (GD-1621)
Timothy E. Hoeffner (TH-4195)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

Dated:    August _3/06_, 2000

APPROVED: _B. Legg_

United States District Judge