IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

---------------------------------------------------------------x
JUBILEE LIMITED PARTNERSHIP, et al.    :

    Plaintiffs    :

v.    :    Civil Action No. L-00-1774

    :
BURNHAM PACIFIC PROPERTIES, INC., et al.    :

    Defendants    :
---------------------------------------------------------------x

**STIPULATION**

The parties, by their undersigned counsel, hereby stipulate and agree that plaintiffs' time to file a memorandum in opposition to defendants' Motion to Dismiss shall be extended to, and including, September 22, 2000. The parties further stipulate and agree that plaintiffs will file their memorandum in opposition to defendants' Motion to Dismiss simultaneously with, or prior to, filing any motion for a preliminary injunction or temporary restraining order in this case.

_____  
David Clarke, Jr. (#02177)  
James D. Mathias (#06311)  
PIPER MARBURY RUDNICK  
  & WOLFE LLP  
6225 Smith Avenue  
Baltimore, Maryland 21209-3600  
(410) 580-4208  

_____  
Irwin H. Warren (IW-1168)  
Timothy E. Hoeffner (TH-4195)  
WEIL, GOTSHAL & MANGES LLP  
767 Fifth Avenue  
New York, New York 10153  
(212) 310-8000  

Attorneys for Plaintiffs  

_____  
Arthur F. Fergenson  
BALLARD SPAHR ANDREWS &  
  INGERSOLL, LLP  
300 East Lombard Street, 19th Floor  
Baltimore, Maryland 21202-3268  
(410) 528-5856  

_____  
R. Todd Cronan, P.C. (#542466)  
GOODWIN, PROCTER & HOAR LLP  
Exchange Place  
Boston, MA 02109  
(617) 570-1000  

Attorneys for Defendants  

APPROVED: _____  
United States District Judge  

Dated: September 8, 2000  

- 2 -

Balt2:430692:1:9/7/00
257370-2