IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

------------------------------------------------------------x
JUBILEE LIMITED PARTNERSHIP, et al.  :

    Plaintiffs  :

v.  : Civil Action No. L-00-1774

BURNHAM PACIFIC PROPERTIES, INC., et al.  :

    Defendants  :
------------------------------------------------------------x

### STIPULATION OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties, by their undersigned counsel, hereby stipulate and agree that the above-entitled action is dismissed with prejudice and without costs.

APPROVED THIS 14TH DAY OF September, 2000

_____
BENSON EVERETT LEGG, U.S.D.J.

_____
David Clarke, Jr. (#02177)
James D. Mathias (#06311)
PIPER MARBURY RUDNICK
  & WOLFE LLP
6225 Smith Avenue
Baltimore, Maryland 21209-3600
(410) 580-4208


_____
Irwin H. Warren (IW-1168)
Timothy E. Hoeffner (TH-4195)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
(212) 310-8000

Attorneys for Plaintiffs

_____
Arthur F. Fergenson
BALLARD SPAHR ANDREWS &
  INGERSOLL, LLP
300 East Lombard Street, 19th Floor
Baltimore, Maryland 21202-3268
(410) 528-5856


_____
R. Todd Cronan, P.C. (#542466)
GOODWIN, PROCTER & HOAR LLP
Exchange Place
Boston, MA 02109
(617) 570-1000

Attorneys for Defendants

Dated: September 11, 2000